UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PIKE PLACE MARKET PRESERVATION AND DEVELOPMENT AUTHORITY, a Washington public corporation, | CASE NO. 2:23-cv-01373-TL |
| Plaintiff, | ORDER |
| v. | |
| PIKE PLACE FISH MARKET, INC., a Washington corporation, | |
| Defendant. | |

This matter is before the Court on the Parties' Third Stipulated Notice Extending Certain Deadlines. Dkt. No. 31. The Parties state that they engaged in mediation on October 30, 2023, and have since continued discussions related to that mediation. *Id.* ¶¶ 2–4. The Parties now seek to extend the deadlines to answer or respond to the Complaint and to supplement the pending Motion for Preliminary Injunction from November 6, 2023, to November 10, 2023, "in the interests of judicial economy and efficiencies." *Id.* ¶¶ 5–6.

Pursuant to the Court's Standing Order, parties are permitted to automatically extend a deadline "provided that . . . the date has not been previously automatically extended." *See* Judge Tana Lin, Standing Order for All Civil Cases, Section III.A (last updated June 16, 2023). Otherwise, a request for an extension of a deadline must be filed as a motion "**at least three (3) business days** in advance of the relevant deadline." *Id.* (emphasis in original).

Here, the Court previously extended the two specific deadlines at issue here. *See* Dkt. No. 29.[1] Moreover, the Parties did not make this request until the morning of the deadlines. *See* Dkt. No. 31. Given the Parties' representations about their negotiations, the Court will grant the request. However, the Parties are cautioned to review the Court's Standing Order and to comply with the Order going forward.

Accordingly, it is hereby ORDERED:

(1)     The deadline for Defendant to answer or otherwise plead in response to the Complaint is EXTENDED to **November 10, 2023**.

(2)     The deadline for Plaintiff to submit any supplemental materials in support of its Motion for Preliminary Injunction is EXTENDED to **November 10, 2023**.

Dated this 6th day of November 2023.

Tana Lin
United States District Judge

---

[1] Another prior notice to extend various deadlines (*see* Dkt. No. 18) was largely to accommodate the newly filed Motion for Preliminary Injunction after the first motion had been struck (*see* Dkt. No. 15).