The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PIKE PLACE MARKET PRESERVATION
AND DEVELOPMENT AUTHORITY, a
Washington public corporation,

    Plaintiff,

v.

PIKE PLACE FISH MARKET, INC., a
Washington corporation,

    Defendant.

NO. 2:23-cv-01373-TL

**STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN DEADLINES**

Plaintiff Pike Place Market Preservation and Development Authority (the "PDA") and Defendant Pike Place Fish Market, Inc. ("PPF") collectively the "Parties", by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On September 6, 2023, the PDA filed this lawsuit and a Motion for Preliminary Injunction (Dkts. 1–9).

2. On September 21, 2023, the Parties filed a Stipulated Notice Regarding Deadlines Related to Plaintiff's Motion for Preliminary Injunction and Related Terms to Allow for Mediation (Dkt. 18, "Stipulated Notice").

STIPULATION AND [PROPOSED] ORDER REGARDING
CERTAIN DEADLINES - 1
(NO. 2:23-cv-01373-TL)

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

3. Pursuant to the Stipulated Notice, the PDA's Motion for Preliminary Injunction was re-noted for consideration on December 15, 2023 (Dkts. 19–25).

4. The Stipulated Notice also provided, among other things, that the deadline for Defendant PPF "to answer or otherwise plead in response to the Complaint is extended to November 3, 2023[.]" (Dkt. 18.)

5. On November 1, 2023, the Parties filed a Stipulated Notice Extending Certain Deadlines (Dkt. 29, "Second Stipulation"), which provided, among other things, that the deadline for PPF "to answer or otherwise plead in response to the Complaint is extended to November 6, 2023" given the Parties' continuing discussions further to their October 30, 2023 mediation.

6. On November 6, 2023, the Parties filed a Third Stipulated Notice Extending Certain Deadlines (Dkt. 31), which provided, among other things, that the deadline for PPF "to answer or otherwise plead in response to the Complaint is extended from November 6, 2023 to November 10, 2023."

7. The Court granted the Parties' request and ordered, among other things, that "[t]he deadline for Defendant to answer or otherwise plead in response to the Complaint is EXTENDED to **November 10, 2023**." Dkt. 32.

8. In granting that request, the Court stated: "the Parties are cautioned to review the Court's Standing Order and to comply with the Order going forward." (Dkt. 32 at 2:9-10.)

9. On November 13, 2023, Defendant PPF filed: (a) a Motion to Dismiss Plaintiff's Claims and supporting declaration seeking to dismiss certain claims under Federal Rule of Civil Procedure 12(b)(6) and for a more definite statement under Federal Rule of Civil Procedure 12(e) (Dkts. 38–39, "Motion to Dismiss"); and (b) an answer and counterclaims (Dkt. 40).

10. On November 17, 2023, the Parties met and conferred regarding the PDA's intent to file a motion to strike PPF's Motion to Dismiss as untimely and for failing to comply

STIPULATION AND [PROPOSED] ORDER REGARDING
CERTAIN DEADLINES - 2
(NO. 2:23-cv-01373-TL)

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

with the meet and confer requirement in Section II(D) and III(G) of the Court's Standing Order. PPF disagrees that its Motion to Dismiss was untimely or that its Motion to Dismiss falls within the meet and confer requirements of the Court's Standing Order.

11. The Parties agreed that to avoid the PDA having to file a motion to strike PPF's Motion to Dismiss, that PPF would withdraw its Motion to Dismiss without prejudice, as set forth in paragraph 13 below.

12. The Parties disagree about whether the PDA's Complaint meets the applicable pleading standards.

13. Given the pending Motion for Preliminary Injunction that is noted for consideration on December 15, 2023, and to avoid motions practice regarding amendment of the PDA's Complaint, the Parties further agreed as follows:

    a. PPF will withdraw its Motion to Dismiss (Dkt. 38) without prejudice;

    b. The PDA may amend its Complaint with PPF's consent pursuant to FRCP 15(a)(2) within 21 days after the Court's ruling on the Motion for Preliminary Injunction (Dkt. 19), or, if the PDA fails to do so within that time period, PPF may refile a Motion to Dismiss the Complaint within 35 days after the ruling on the Motion for Preliminary Injunction;

    c. If the PDA files an amended complaint, PPF shall file a responsive pleading to the amended complaint within 21 days thereafter.

14. The Parties do not seek to extend any existing deadline set by the Court, but to provide new deadlines as agreed upon above.

DATED this 21st day of November, 2023.

STIPULATION AND [PROPOSED] ORDER REGARDING
CERTAIN DEADLINES - 3
(NO. 2:23-cv-01373-TL)

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| **SAVITT BRUCE & WILLEY LLP**<br><br>By  *s/Brandi B. Balanda*<br>　　James P. Savitt, WSBA #16847<br>　　Brandi B. Balanda, WSBA #48836<br>　　Jacob P. Freeman, WSBA #54123<br>　　Chris J. Lindemeier, WSBA #55515<br>　　1425 Fourth Avenue Suite 800<br>　　Seattle, Washington  98101-2272<br>　　Telephone: 206.749.0500<br>　　Facsimile: 206.749.0600<br>　　Email:  jsavitt@sbwLLP.com<br>　　Email:  bbalanda@sbwLLP.com<br>　　Email:  jfreeman@sbwLLP.com<br>　　Email:  clindemeier@sbwLLP.com<br><br>*Attorneys for Plaintiff Pike Place Market Preservation and Development Authority* | **BAMERT REGAN PLLC**<br><br>By  *s/John J. Bamert*<br>　　John J. Bamert, WSBA #48128<br>　　113 Cherry Street, Unit 55215<br>　　Seattle, Washington 98104<br>　　Telephone:  206.669.2402<br>　　Email:  Bamert@BamertRegan.com<br><br>**TOUSLEY BRAIN STEPHENS PLLC**<br><br>By  *s/Kim D. Stephens, P.S.*<br>　　Kim D. Stephens, P.S., WSBA #11984<br>　　Rebecca L. Solomon, WSBA #51520<br>　　1200 Fifth Avenue, Suite 1700<br>　　Seattle, Washington 98101<br>　　Telephone: 206.682.5600<br>　　Facsimile: 206.682.2992<br>　　Email:  kstephens@tousley.com<br>　　Email:  rsolomon@tousley.com<br><br>*Attorneys for Pike Place Fish Market, Inc.* |

STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN DEADLINES - 4
(NO. 2:23-cv-01373-TL)

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, Defendant PPF may withdraw its Motion to Dismiss (Dkt. 38) without prejudice. Plaintiff PDA may amend its complaint within 21 days after this Court issues its ruling on the pending Motion for Preliminary Injunction (Dkt. 19). Defendant PPF shall have 21 days after Plaintiff PDA files its amended complaint, if any, to file a responsive pleading. Should Plaintiff PDA not amend its complaint within 21 days after the Court issues its ruling on the Motion for Preliminary Injunction, Defendant PPF may re-file its motion to dismiss the current complaint (Dkt. 1) within 35 days after the Court's ruling on the Motion for Preliminary Injunction.

IT IS SO ORDERED.

Dated this 21st day of November 2023

_____
Tana Lin
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN DEADLINES - 5
(NO. 2:23-cv-01373-TL)

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992