The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PIKE PLACE MARKET PRESERVATION AND DEVELOPMENT AUTHORITY, a Washington public corporation,<br><br>Plaintiff,<br><br>v.<br><br>PIKE PLACE FISH MARKET, INC., a Washington corporation,<br><br>Defendant. | NO.   2:23-cv-01373-TL<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISAL WITH PREJUDICE** |

## I.   STIPULATION

The Parties, Plaintiff Pike Place Market Preservation and Development Authority ("Plaintiff") and Defendant Pike Place Fish Market, Inc. ("Defendant"), have entered into a Settlement Agreement that resolves the claims that were or could have been asserted in this action (the "Lawsuit").  Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Section V(B) of the Court's Standing Order for All Civil Cases, the Parties hereby stipulate and agree that the Lawsuit, including all claims and counterclaims that were or could have been asserted in this Lawsuit, shall be dismissed with prejudice and without an award of costs or attorney's fees to any party.

STIPULATION AND ORDER OF DISMISSAL WITH
PREJUDICE - 1
No. 2:23-cv-01373-TL

FENNEMORE CRAIG, P.C.
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

STIPULATED AND AGREED this 7th day of February, 2024.

| | |
|---|---|
| **FENNEMORE CRAIG, P.C.**<br><br>By  *s/James P. Savitt*<br>James P. Savitt, WSBA #16847<br>Brandi B. Balanda, WSBA #48836<br>Sarah Gohmann Bigelow, WSBA #43634<br>Jacob P. Freeman, WSBA #54123<br>Chris J. Lindemeier, WSBA #55515<br>1425 Fourth Avenue Suite 800<br>Seattle, Washington  98101-2272<br>Telephone:    206.749.0500<br>Facsimile:     206.749.0600<br>Email:  jsavitt@fennemorelaw.com<br>Email:  bbalanda@fennemorelaw.com<br>Email:  sgohmannbigelow@fennemorelaw.com<br>Email:  jfreeman@fennemorelaw.com<br>Email:  clindemeier@fennemorelaw.com<br><br>*Attorneys for Plaintiff Pike Place Market Preservation and Development Authority* | **BAMERT REGAN PLLC**<br><br>By   *s/John J. Bamert [with email authorization]*<br>John J. Bamert, WSBA #48128<br>113 Cherry Street, Unit 55215<br>Seattle, Washington 98104<br>Telephone: 206.669.2402<br>Email: Bamert@BamertRegan.com<br><br>**TOUSLEY BRAIN STEPHENS PLLC**<br><br>By   *s/Kim D. Stephens [with email authorization].*<br>Kim D. Stephens, P.S.,WSBA #11984<br>Rebecca L. Solomon, WSBA #51520<br>1200 Fifth Avenue, Suite 1700<br>Seattle, Washington 98101<br>Telephone: 206.682.5600<br>Facsimile: 206.682.2992<br>Email: kstephens@tousley.com<br>Email: rsolomon@tousley.com<br><br>*Attorneys for Defendant Pike Place Fish Market, Inc.* |

## II.     ORDER

Pursuant to the stipulation of the parties, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action, including all claims and counterclaims that were or could have been asserted in this action, is hereby dismissed with prejudice and without an award of costs or attorney's fees to any party.

**IT IS SO ORDERED.**

**DATED** February 8, 2024.

The Honorable Tana Lin
United States District Court Judge

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2
No. 2:23-cv-01373-TL

FENNEMORE CRAIG, P.C.
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
(206) 749-0500